# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the residence located at 535 Granite Street, 1st Floor, Manchester, NH; and a red 2013 Dodge Dart, NH registration # 3847178 | ) ) ) ) ) ) ) Case No. 1:20-mj- 231-01/02-AJ |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachments A-1 and A-2.

located in the _____ District of New Hampshire , there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachments B-1 and B-2.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | - Conspiracy to Distribute Controlled Substances |
| 21 U.S.C. 841(a)(1) | - Distribution of Controlled Substances |

The application is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Kevin Rutina
*Applicant's signature*

Special Agent Kevin Rutina, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephonic conference** *(specify reliable electronic means)*.

*/s/ Andrea K. Johnstone*

Date: 12/22/2020

*Judge's signature*

City and state: Concord, New Hampshire    Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*